AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of New York

<table>
<tr><td>Samuel Navarrete Miranda</td><td>)</td><td></td></tr>
<tr><td><i>Plaintiff</i></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Case No.    23 Civ. 4578</td></tr>
<tr><td>Thai Y 2 K Corp. d/b/a Erawan Thai Cuisine and Surachai Lim</td><td>)</td><td></td></tr>
<tr><td><i>Defendant</i></td><td>)</td><td></td></tr>
</table>

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Samuel Navarrete Miranda

Date:    06/20/2023

_____
*Attorney's signature*

Camille A. Sanchez (6018014)
*Printed name and bar number*

Pechman Law Group PLLC
488 Madison Avenue 17th Floor
New York, New York 10022

*Address*

sanchez@pechmanlaw.com
*E-mail address*

(212) 583-9500
*Telephone number*

(212) 409-8763
*FAX number*